IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK J. BARTON**                                              **PETITIONER**

v.                           NO. 4:25-cv-00309-BSM-PSH

**DEXTER PAYNE**                                                      **RESPONDENT**

## ORDER

Petitioner Frederick J. Barton ("Barton") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. He has now filed two motions in the case.

First, Barton has renewed his motion to terminate his obligation to register as a sex offender. See Docket Entry 10.[1] The motion is denied. In accord with United States Magistrate Judge Jerome T. Kearney's finding in denying Barton's identical request in another case, see Barton v. Payne, 4:25-cv-00233-LPR-JTK, Docket Entry 16 at CM/ECF 3, the Court will review all the pleadings and exhibits in this case, then make a Recommended Disposition of all issues in the case.

---

[1] The Court denied Barton's first motion to terminate his obligation to register as a sex offender because the motion was premature.

Second, Barton has filed a motion for reimbursement of out-of-pocket expenses. See Docket Entry 11. In the motion, he asks that he be reimbursed for the expenses he has incurred while "incarcerated by the Pulaski County Circuit Court due to false imprisonment." See Docket Entry 1 at CM/ECF 1. The motion is denied. The Court cannot award such relief in a proceeding pursuant to 28 U.S.C. 2254.

IT IS SO ORDERED this 15th day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE