# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FREDERICK J. BARTON**  PETITIONER
*ADC #142505*

v.  CASE NO. 4:25-CV-00309-BSM

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*  RESPONDENT

## ORDER

After de novo review of the record, United States Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 16] is adopted and Frederick Barton's petition [Doc. No. 2] is dismissed because it is procedurally barred and barred by limitations. Barton's motion for a certificate of appealability [Doc. No. 21] is denied. *See* 28 U.S.C. § 2253(c)(2). Barton's motions to file equitable recoupment and to stay [Doc. Nos. 17, 19] are denied. *See* 28 U.S.C. § 2254.

IT IS SO ORDERED this 15th day of July, 2025.

UNITED STATES DISTRICT JUDGE