IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK J. BARTON**                                                                              PETITIONER
*ADC #142505*

v.                             CASE NO. 4:25-CV-00309-BSM

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                                          RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE